991

Joseph DIMATTEO, Libelant-Appellee, v. THE Steamship ESTRELLA, Her Engines, etc., Det Bergenske Dampskibselskab, Claimant-Appellant.

Salvatore GRECO, Libelant-Appellee, v. Steamship ESTRELLA, Her Engines, etc., Det Bergenske Dampskibselskab, Claimant-Appellant.

Nos. 32, 33.

Circuit Court of Appeals, Second Circuit.

Nov. 6, 1933.

Hatch & Wolfe, of New York City (Carver W. Wolfe, of New York City, of counsel), for appellant.

Paul Koch, of New York City, for appellee Dimatteo.

Irving Spieler, of New York City, for appellee Greco.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decrees (2 F. Supp. 258) affirmed.

---

DINGS MAGNETIC SEPARATOR CO. v. MAGNETIC MANUFACTURING CO.

No. 5072.

Circuit Court of Appeals, Seventh Circuit.

Nov. 13, 1933.

Ira Milton Jones, of Milwaukee, Wis., for appellant.

S. L. Wheeler, of Milwaukee, Wis., for appellee.

Before EVANS, SPARKS, and FITZHENRY, Circuit Judges.

PER CURIAM.

On motion of counsel for appellant to dismiss appeal, counsel for appellee consenting thereto, it is hereby ordered that the above appeal be, and the same hereby is, dismissed, without cost to either party. It is further ordered that the mandate of this court issue forthwith.

---

Katherine L. DU PONT, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellee.

No. 3534.

Circuit Court of Appeals, Fourth Circuit.

Oct. 3, 1933.

J. C. Long and Shimel & Rittenberg, all of Charleston, S. C., for appellant.

Buist & Buist, of Charleston, S. C., for appellee.

PER CURIAM.

Appeal dismissed by consent of parties. Order filed.